Susana F. Castillo
151 S. Resler #37
El Paso, TX 79912

August 12, 2013

United States Bankruptcy Court
615 E. Houston St, Room 597
San Antonio, TX 78205

**FILED**
AUG 2 1 2013
BANKRUPTCY COURT
DEPUTY

RE: Bankruptcy Plan Objection, Evonn Denise Hansen, Case Number 13-51060-cag

Honorable Judge Gargotta,

I request leniency in considering my objection to the current bankruptcy plan for Evonn Denise Hansen. I am requesting this on the basis that I was not included in the original list of creditors, so I could not have attended the creditors meeting. I should not be expected to meet the deadlines, since Ms. Hansen's debt to me was omitted.

I believe that the plan needs to be changed to allow creditors to receive a greater share of the plan payments. In addition, I believe that the plan payment can be increased. Below are my reasons:

1. Ms. Hansen has nearly $12,000 in the bank, which should be distributed to her creditors.
2. Ms. Hansen has been living with Christopher T. Short for at least six months, in a house that he owns.
3. Ms. Hansen and Mr. Short have co-mingled funds, and intend to marry.
4. Mr. Short's retirement income and employment income have been excluded from the budget.
5. Ms. Hansen's student Loans should be omitted or listed as a special case of debt repaid at 100%.
6. Debt listed in Ms. Hansen's divorce decree should be omitted or listed as a special case of debt repaid at 100%.
7. Ms. Hansen's budget should only include necessary items such as rent and utilities, not $400 in charitable contributions, cable/satellite, internet, cell phone(s), etc.
8. Only Ms. Hansen's contributions to the necessary items should be included. I would not expect her to make more than half of the mortgage, home insurance, and utility payments, but the budget may indicate that she is paying for 100% of these expenses.
9. Ms. Hansen's claim of $100 per month for public school supplies seems suspect.

Once these adjustments have been made, then the result will be a higher plan payment and fewer creditors receiving the plan payment, and the plan will be appropriate and accurate.

Thank you for your attention to this request.

Sincerely,

Susana F. Castillo

Cc: Mary K. Viegelahn, Chapter 13 Trustee