UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:
EVONN DENISE HANSEN

CASE NO: 13-51060 G

**Debtor**

TRUSTEE'S OBJECTION TO CLAIM OF
Susana Castillo
Court Claim Number: 6

**AN ORDER WILL BE ENTERED GRANTING THE RELIEF REQUESTED HEREIN WITHOUT FURTHER HEARING UNLESS A WRITTEN OBJECTION AND REQUEST FOR HEARING IS FILED WITH THE CLERK WITHIN (30) THIRTY DAYS OF THE DATE OF ISSUANCE OF THIS NOTICE. ANY SUCH OBJECTION MUST ALSO BE SERVED UPON THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.**

   **Now comes, Mary K. Viegelahn,** Chapter 13 Trustee, herewith files the following Objection to Claim of Susana Castillo filed July 10, 2013 in the amount of $0.00 and would show the Court the following:

   The Trustee objects to the inclusion and payment of this claim on the basis that the claim does not contain documents showing evidence that this is a debt of the Debtor's, nor does it substantiate the amount of the debt. The Trustee finds that the Creditor is in violation of bankruptcy Rule 3001(c); which requires that if the debt is based on writing, the original or a duplicate shall be filed with the claim. Therefore, The Trustee requests the claim be disallowed, and is no longer a debt pursuant to applicable non-bankruptcy law.

   WHEREFORE, PREMISES CONSIDERED, the Trustee requests the Court sustain the Objection to Claim and grant any additional relief this Court may deem proper.

**Date: 09/19/2013**

/s/ _____
**MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE
909 N.E. Loop 410, Suite 400
San Antonio, TX. 78209
Tel. (210) 824-1460
Fax (210) 824-1328**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE:<br>**EVONN DENISE HANSEN**<br><br>**Debtor** | CHAPTER 13<br><br>CASE NO.: **13-51060 G** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached document was served **September 19, 2013** by First Class Mail, upon the following:

Debtor(s):
EVONN DENISE HANSEN
10723 APPLE SPRINGS
UNIVERSAL CITY, TX 78148

UNITED STATES TRUSTEE
P O BOX 1539
SAN ANTONIO, TX. 78295-1539

UNITED STATES BANKRUPTCY COURT
P O BOX 1439
SAN ANTONIO, TX. 78295-1439

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

Attorney For Debtor(s)
RICK FLUME
C/O FLUME & ASSOCIATES
8700 CROWNHILL BLVD STE 502
SAN ANTONIO, TX 78209

SUSANA CASTILLO
151 S RESLER APT 37
EL PASO, TX 79912

USAA FEDERAL SAVINGS BANK
ATTN:LARRY E JOHNSON
C/O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121


/S/
_____
MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE